IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERJIT KAUR,

    Plaintiff,                             No. CIV S-07-0299 GEB DAD PS

    v.

ALBERTO GONZALES, et al.,        <u>ORDER</u>

    Defendants.

_____/

        This matter came before the court on June 8, 2007, for hearing of defendants' motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Plaintiff, proceeding pro se, made no appearance. Audrey Benison Hemesath appeared for defendants. For the reasons set forth on the record, IT IS ORDERED that:

        1. Defendants' April 16, 2007 motion to dismiss shall be re-noticed for hearing.

        2. The Status (Pretrial Scheduling) Conference set for June 15, 2007 at 11:00 a.m. before the undersigned is vacated pending further notice.

DATED: June 8, 2007.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\kaur0299.oah